Nicholas A. Trutanich
United States Attorney
District of Nevada
Nevada Bar Number 13644
Robert A. Knief
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Email: Robert.Knief@usdoj.gov
Counsel for Plaintiff United States

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-0342-BNW |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE PRELIMINARY HEARING |
| DEVLIN RHODES, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Nisha Brooks-Whittington, counsel for Defendant Devlin Rhodes, that the preliminary hearing, currently set for October 30, 2019, at 4:00 p.m., be vacated and continued for thirty days, or to a date to be set at the Court's convenience.

This stipulation is entered into for the following reasons:

1. The parties are engaged in plea negotiations and require additional time to try to resolve the case in lieu of indictment or a preliminary hearing.

2. The Defendant is in custody and does not object to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the preliminary hearing.

1

4. This is the second request for a continuance filed herein.

DATED this 22nd day of October, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

 /s/ Nisha Brooks-Whittington  
NISHA BROOKS-WHITTINGTON
Counsel for Defendant

 /s/ Robert Knief  
ROBERT KNIEF
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DEVLIN RHODES,<br><br>        Defendant. | 2:18-mj-0342-BNW<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING<br><br>(Second Request) |

Based upon the pending Stipulation of counsel, and good cause appearing therefore

IT IS ORDERED that the preliminary hearing, currently scheduled for October 30, 2019, at 4:00 p.m., be vacated and continued to December 2, 2019 at 4:00 p.m.

DATED this 23 day of October, 2019.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE